Ambrose O. Esogbue, #25147-013
Federal Detention Center
P.O. Box 5010
Oakdale, LA 71463

The Clerk,
United States District Court
For The Southern District Of Texas
1217 U.S. Courthouse 515 Rusk Avenue
Houston, Texas 77002.

UNITED STATES
SOUTHERN DISTRICT
FILED

AUG 11 2006

MICHAEL N. MILBY, CLERK

Case No: H 93-257-S-01

Dear Sir/Madam,

Please consider this my request for the following documents regarding the above-referenced case:

1.) Indictment, and the superceding indictment.

2) The docket index

3) The jury instruction

4) The Judgment of conviction

5) And the name of the court reporter.

Because of the above conviction, I continue to suffer collateral consequence that require that I receive the above numbered information, in my effort to remedy the situation.

Since time is of the essence, I respectfully ask that you expedite your response to this letter. I therefore thank you for your prompt attention to this request.

## Declaration

I, declare under pain and penalty of perjury that I am Ambrose O. Esogbue, the defendant in the above-referencd case. I further attest to the fact that I am under ICE detention , pending a possible removal from the United States.
Executed on this the 8th. day of August, 2006.
Respectfully,

BY: _Ambrose O. Esogbue_
Ambrose O. Esogbue.

Ambrose O. Esogbue, #25147-013
Federal Detention Center
P.O. Box 5010
Oakdale, LA 71463.

***** Legal Mail *****

***** Legal Mail *****

ALEXANDRIA LA 713
09 AUG 2006 PM 1 L

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED

AUG 11 2006

MICHAEL N. MILBY, CLERK OF COURT

The Clerk
United States District Court
Southern District Of Texas
1217 U.S. Courthouse 515 Rusk Avenue
Houston, TX 77002

770024 2500